IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
  **MANUEL JESUS HERNANDEZ,**       )      **Case No. 12-15869-WV**
  **MARIA ROSARIO HERNANDEZ,**      )      **Ch. 7**
          Debtor(s).               )

## APPLICATION TO EMPLOY COUNSEL

COMES NOW, the Trustee, Lyle R. Nelson, and, for his Application to Employ Counsel would state as follows:

1.  That Lyle R. Nelson was appointed as Trustee by this Court.

2.  The Estate includes various real estate interests, including a long term contract for deed. One may require a probate. The Trustee has chosen Elias, Books, Brown and Nelson, P.C. and all its attorney, including, but not limited to, attorney Lyle Nelson, Nicholas Johnson and Elisabeth Brown to perform the legal services required to assist in the analysis and administration of these assets. In addition to the above-stated, known matters, the Trustee intends that said attorneys and any attorneys of Elias, Books, Brown & Nelson, P.C. will continue representation of the Estate in all other matters, if any, as may become necessary to discover, locate, recover, assemble and liquidate other assets and to prosecute and defend the interests of the Estate as necessary through the closing of the case with said expenditures of time and expenses being subject to the ultimate approval of this Court.

3. To the Trustee's knowledge, neither Elias, Books, Brown & Nelson, P.C., and Lyle R. Nelson, Nicholas Johnson and Elisabeth Brown have any connection with the Debtor, any other party in interest, which might create a conflict in representing the Trustee.  (See Affidavits of Mr. Nelson, Mr. Johnson and Ms. Brown attached hereto as Exhibit "A").

4.  The proposed Counsel and the Trustee have agreed that Counsel will be compensated at the rate of $250.00 per hour for Mr. Nelson, $195.00 for Mr. Johnson and $175.00 for Ms. Brown, plus reasonable expenses and costs, and all subject to appropriate and final application and approval by this Court.

WHEREFORE, the Trustee requests authorization to employ Elias, Books, Brown & Nelson, P.C., and attorneys Lyle R. Nelson, Nicholas Johnson and Elisabeth Brown as Counsel for the Trustee under the terms provided herein.

Respectfully submitted,


s/Lyle Nelson
Lyle R. Nelson, OBA#10914
Two Leadership Square, St 1300
211 N. Robinson
Oklahoma City, OK  73102
(405) 232-4021 Phone
(405) 232-3746 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2013, a true and correct copy of the Application was electronically served upon the following using the Court's CM/ECF system:
U.S. Trustee
Attorney Saul G. Olivarez



s/Lyle Nelson
Lyle Nelson

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **MANUEL JESUS HERNANDEZ,** | ) | **Case No. 12-15869-WV** |
| **MARIA ROSARIO HERNANDEZ,** | ) | **Ch. 7** |
| **Debtor(s).** | ) | |

---

**AFFIDAVIT OF ATTORNEY**

---

STATE OF OKLAHOMA   )
COUNTY OF OKLAHOMA )  ss.

I, Lyle R. Nelson, certify and affirm:

1.  That I am an attorney duly admitted to practice before all Courts of the State of Oklahoma.

2.  That I am a partner with the firm of Elias, Books, Brown & Nelson, P.C., and to the best of my knowledge neither The Firm, nor I hold or represent any interest adverse to the Debtor or the Estate.

3.  That to the best of my knowledge neither The Firm, nor I have any business, professional, or other connection with the Debtors, creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee other than the relationship described in the Application to Employ Attorney as Counsel to the Trustee attached hereto.

FURTHER AFFIANT SAYETH NOT.

**Statement under Penalty of Perjury
(In lieu of verification, pursuant to 28 U.S.C. § 1746)**

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>January 9, 2013</u>                    s/Lyle R. Nelson
                                                               LYLE R. NELSON
Where signed: <u>Oklahoma City, Oklahoma</u>

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    )
   **MANUEL JESUS HERNANDEZ,**      )      **Case No. 12-15869-WV**
   **MARIA ROSARIO HERNANDEZ,**      )      **Ch. 7**
       **Debtor(s).**                )

## AFFIDAVIT OF ATTORNEY

STATE OF OKLAHOMA     )
COUNTY OF OKLAHOMA )  ss.

I, Nicholas A. Johnson, certify and affirm:

1. That I am an attorney duly admitted to practice before all Courts of the State of Oklahoma.

2. That I am an associate with the firm of Elias, Books, Brown & Nelson, P.C., and to the best of my knowledge neither The Firm, nor I hold or represent any interest adverse to the Debtor or the Estate.

3. That to the best of my knowledge neither The Firm, nor I have any business, professional, or other connection with the Debtors, creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee other than the relationship described in the Application to Employ Attorney as Counsel to the Trustee attached hereto.

FURTHER AFFIANT SAYETH NOT.

### Statement under Penalty of Perjury
### (In lieu of verification, pursuant to 28 U.S.C. § 1746)

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>January 9, 2013</u>                 <u>s/Nicholas A. Johnson</u>
                                                NICHOLAS A. JOHNSON
Where signed: <u>Oklahoma City, Oklahoma</u>

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

IN RE:                                          )
   MANUEL JESUS HERNANDEZ,          )          Case No. 12-15869-WV
   MARIA ROSARIO HERNANDEZ,         )          Ch. 7
        Debtor(s).                )

---

## AFFIDAVIT OF ATTORNEY

---

STATE OF OKLAHOMA    )
COUNTY OF OKLAHOMA )  ss.

I, Elisabeth D. Brown, certify and affirm:

1. That I am an attorney duly admitted to practice before all Courts of the State of Oklahoma.

2. That I am an associate with the firm of Elias, Books, Brown & Nelson, P.C., and to the best of my knowledge neither The Firm, nor I hold or represent any interest adverse to the Debtor or the Estate.

3. That to the best of my knowledge neither The Firm, nor I have any business, professional, or other connection with the Debtors, creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee other than the relationship described in the Application to Employ Attorney as Counsel to the Trustee attached hereto.

FURTHER AFFIANT SAYETH NOT.

### Statement under Penalty of Perjury
### (In lieu of verification, pursuant to 28 U.S.C. § 1746)

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>January 9, 2013</u>                    <u>s/Elisabeth D. Brown</u>
                                            ELISABETH D. BROWN
Where signed: <u>Oklahoma City, Oklahoma</u>