**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:                                )  |  |
|    MANUEL JESUS HERNANDEZ,  )  | Case No. 12-15869-SAH |
|    MARIA ROSARIO HERNANDEZ,  ) | Chapter 7 |
|    Debtor(s).                        ) | |
| )  | |

**TRUSTEE'S SECOND NOTICE OF INTENT TO SELL OR DISCOUNT
ESTATE'S INTEREST IN A CONTRACT FOR DEED TO THE CURRENT PAYOR,
NOT IN THE ORDINARY COURSE OF BUSINESS, BRIEF IN SUPPORT,
AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW, Lyle R. Nelson, Trustee, ("Trustee") and hereby files his Amended an/d or Second Motion to Sell or Discount the Estate's interest in a Contract for Deed upon the real property described herein. The original Notice was filed October 15, 2019 [Doc. 81 and re-docketed as Doc. 82 by Clerk]. That Notice proposed a sale to Mr. Jesus Castrejon, who is the current person purchasing the real property under the contract for deed. This Second Notice is filed pursuant to 11 U.S.C. Section 363 and Bankruptcy Rule 6004(a). The sale is 'as is' and is the Estate's interest in the contract. In support of this Second Notice, the Trustee would state as follows:

1.    At the time the case was filed, the Estate included a contract for deed ('Contract') as to real property located in Oklahoma City. The Contract is dated June 27, 2011. The agreed upon purchase price is $72,900. The contract provided for payments of $500.00 per month. Mr. Castrejon has been making the payments of $500.00 per month since this case has been filed. The real property to which the contract applies has a mailing address of 1201 SW 49th Street, Oklahoma City, OK 73119. A copy of the Contract is attached to the Trustee's prior Notice as Exhibit 'A".

2.    On October 15, 2019, the Trustee filed his Notice of Intent to Sell the contract to Mr. Castrejon for the sum of $4,000.00. Since the filing of that Notice, 2 parties unrelated to the case made unsolicited queries regarding the sale and the price. The Trustee has now received an offer of

$15,000.00 for the Contract for Deed from Mr. Sidney Bellamy, a resident of Dallas, Texas. Mr. Bellamy has represented that he knows none of the parties in this bankruptcy petition.

3. This case is a 2012 case. The U.S. Trustee has encouraged or directed the Trustee to close this case though there is a balance remaining on the contract for deed. If payments would continue, all creditors who have filed claims could be paid in full in approximately another 20-24 months of payments and there still would be a balance under the Contract. To move the case toward closing now, Mr. Castrejon previously was willing to pay the sum of $4,000.00. The new offer from Mr. Bellamy might pay all claims in full.

4. The Trustee is bound to accept the best offer for the Estate and so would propose to accept the offer of Mr. Bellamy absent any objection. However, the Trustee also believes it is appropriate to give Mr. Castrejon the opportunity to purchase his home which he is buying under the Contract for Deed. The Trustee also does not want to enter into a situation where after each notice is filed, the other party bids more. That process could take months.

5. **Proposal**: The Trustee has asked for Mr. Bellamy's best and final offer. Mr. Bellamy has made that offer of $15,000.00 payable upon expiration of the notice time provided for in this Notice. However, Mr. Castrejon is granted through this Notice, that if he can pay $15,100.00, being $100 more than Mr. Bellamy, then the Trustee will proceed to sell the Estate's interest in the Contract for Deed and issue a Quit Clam Deed to Mr. Castrejon. In summary, Mr. Castrejon has the last opportunity to increase his offer to complete his contract for deed at a discount and purchase his home. If for some reason Mr. Bellamy does not close, then Mr. Castrejon will be allowed to complete his Contract for Deed for the prior noticed amount of $4,000.00.

6. The Trustee has attempted to sell this contract, but potential buyers eventually declined to close. Mr. Bellamy is the only unsolicited buyer who seems willing to close. The Trustee has previously attempted to sell/discount the Contract with Mr. Castrejon several times before, but Mr. Castrejon was unable to raise the funds. The Trustee also attempted to sell the Contract at a public auction, but the successful bidder eventually refused to close.

7. Ths sale or discount of the property Contract will be 'as is'. The Trustee is making no warranties. If approved, the Trustee will provide the successful bidder (either Mr. Bellamy or Mr. Castrejon) with a Trustee's Quit Claim Deed and a Release of Lis Pendens; in addition to, an Assignment of the Contract for Deed. The Trustee will also request that Mr. and Mrs. Hernandez execute a Quit Claim Deed, as well, to the successful bidder. The Estate is making no warranty as to title.

8. Mr. Castrejon does not speak English. The communications with the Trustee have generally been through an interpreter after letters have been sent. Mr. Castrejon's children speak English. Mr. Castrejon will be provided specific correspondence along with this Notice explaining to him his rights and opportunity to increase his bid.

9. The proceeds received from the sale shall be paid first to Administrative expenses approved by the Court, including, but not limited to, payment of allowed Trustee's fees and expenses, Attorney fees and expenses, Trustee Accountant fees and expenses, and taxes due all after applicable Application, Notice and Order of the Court. The net remaining proceeds will be distributed to creditors who have filed an allowed claim in the order of priority of same pursuant to 11 U.S.C. § 507.

10. The Sale is Pursuant to Bankruptcy Rule 6004-1A.2 of the Federal Rules of Bankruptcy Procedure. The Sale is of the estates interest and is as is and without warranty. It is not

free and clear of any liens or claims. It is of the Estate's interest.

NOTICE PURSUANT TO LOCAL RULE 6005-1A.2

NOTE: OBJECTIONS TO THE PROPOSED SALE MUST BE FILED NOT LESS THAN SEVEN (7) DAYS BEFORE December 2, 2019. IF NO OBJECTION IS TIMELY FILED OR SERVED, THE PROPOSED ACTION MAY BE TAKEN WITHOUT FURTHER NOTICE OR HEARING.

WHEREFORE, the Trustee requests that this Court issue its Order, authorizing the sale of the interest identified above upon the amended terms reflected herein.

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than seven (7) days before December 2, 2019. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

Respectfully submitted,

*s/ Lyle R. Nelson*
Lyle R. Nelson, OBA No. 10914
211 N. Robinson, Suite 1300
Two Leadership Square
Oklahoma City, Oklahoma 73102
Telephone: 405/232-3722
Facsimile: 405/232-3746
Email: lyle@lylenelsonlaw.com

ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2019, a true and correct copy of the Notice of Intent to Sell was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Elisabeth D. Brown
Attorney Kirk J. Cejda
Attorney Saul G. Olivarez

Further, I certify that on the 6th day November, 2019, a true and correct copy of the Notice of Intent to Sell was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the mailing matrix attached and the following:

Mr. Jesus Castrejon &Rocio Villalva
1201 SW 49th Street
Oklahoma City, OK 73109

Manuel Hernandez & Maria Hernandez
1411 SW 56th St
Oklahoma City, OK 73119

　　　　　　　　　　　　　　　　　　*s/ Lyle R. Nelson*
　　　　　　　　　　　　　　　　　　Lyle R. Nelson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 12-15869<br>Western District of Oklahoma<br>Oklahoma City<br>Wed Nov  6 17:22:07 CST 2019 | AT-Link<br>7725 W Reno, Ste 399<br>Oklahoma City OK 73127-9712 | Access Medical Centers<br>PO Box 268955<br>Oklahoma City OK 73126-8955 |
| Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington IL 61701-1465 | Allied Interstate Inc<br>3000 Corporate Exchange Dr.<br>5th Floor<br>Columbus OH 43231-7689 | American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso TX 79998-1540 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Ameripath Oklahoma City<br>PO Box 830913<br>Birmingham AL 35283-0913 | Aspire Card<br>PO Box 105555<br>Atlanta GA 30348-5555 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of Oklahoma Na<br>Po Box 2300<br>Tulsa OK 74102-2300 | Bk Of Amer<br>Attn: Bankruptcy/MC: NC4-105-03-14<br>Po Box 26012<br>Greensboro NC 27420-6012 |
| Elisabeth D Brown<br>Elias Brooks Brown & Nelson PC<br>211 N Robinson<br>Two Leadership Square Suite 1300<br>Oklahoma City, OK 73102 | Business Revenue Syste<br>Po Box 8986<br>Fort Wayne IN 46898-8986 | Cancer Care Associates<br>PO Box 268930<br>Oklahoma City OK 73126-8930 |
| Capital Recovery V LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami FL  33131-1605 | Ccs/cortrust Bank<br>Po Box 3038<br>Evansville IN 47730-3038 | Kirk J. Cejda<br>Shapiro & Cejda, L.L.P.<br>770 N.E. 63rd<br>Oklahoma City, OK 73105-6423 |
| Central State Recovery<br>1314 N Main St<br>Hutchinson KS 67501-4002 | Chase<br>201 N. Walnut St//De1-1027<br>Wilmington DE 19801-2920 | Chase<br>Po Box 15298<br>Wilmington DE 19850-5298 |
| Chase Auto<br>Attn: National Bankruptcy Dept<br>201 N Central Ave   Az1-1191<br>Phoenix AZ 85004-1071 | Chase Mht Bk<br>Attention: Bankruptcy<br>Po Box 15298<br>Wilmington DE 19850-5298 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citi Auto/Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Ft. Worth TX 76161-0244 | CitiFinancial<br>8427 S Western Ave STe 10<br>Oklahoma City OK 73139-9228 | Citifinancial<br>605 Munn Road<br>Fort Mill SC 29715-8421 |
| Credit Collection Services<br>Two Wells Avenue<br>Newton MA 02459-3246 | Credit Collections I<br>2601 Nw Expressway Suite 1000e<br>Oklahoma City OK 73112-7238 | DSRM National Bank/Diamond Shamrock/Vale<br>Po Box 631<br>Amarillo TX 79105-0631 |

```
(p)DELL FINANCIAL SERVICES              Diagnostic Laboratory of Oklahoma      Diagnostic Laboratory of Oklahoma
P O BOX 81577                            PO Box 1120                            PO Box 7306
AUSTIN TX 78708-1577                     Southeastern PA 19398-1120             Hollister MO 65673-7306


Digestive Disease Specialistm Inc        Discover Bank                          Discover Fin Svcs Llc
PO Box 7316                              DB Servicing Corporation               Po Box 15316
Edmond OK 73083-7316                     PO Box 3025                            Wilmington DE 19850-5316
                                         New Albany, OH  43054-3025


Dsnb Macys                               Elias, Books, Brown & Nelson, P.C.     Faa Credit Un
9111 Duke Blvd                           Two Leadership Square, Ste. 1300       10201 S Western Ave
Mason OH 45040-8999                      211 N. Robinson Ave.                   Oklahoma City OK 73139-2931
                                         Oklahoma City, OK 73102-7149


GE Capital Retail Bank                   GEMB / HH Gregg                        GI Pathology
c/o Recovery Management Systems Corp     Attention:  Bankruptcy                 PO Box 1000 Dept 461
25 SE 2nd Ave Suite 1120                 Po Box 103104                          Memphis TN 38148-0001
Miami FL 33131-1605                      Roswell GA 30076-9104


Gemb/JC Penny                            Gemb/gap                               Healthcare Recovery So
Attention:  Bankruptcy                   Attn: Bankruptcy                       1515 W 190th Street S-35
Po Box 103104                            Po Box 103104                          Gardena CA 90248-4910
Roswell GA 30076-9104                    Roswell GA 30076-9104


Manuel Jesus Hernandez                   Maria Rosario Hernandez                Hsbc/mitsu
13100 SE 89th St                         13100 SE 89th St                       Po Box 5253
Oklahoma City, OK 73150-8502             Oklahoma City, OK 73150-8502           Carol Stream IL 60197-5253


Hsbc/suzki                               Ic Systems Inc                         Integris Health
Hsbc Card Services/Attn: Bankruptcy Depa Po Box 64378                           PO Box 268907
Po Box 5264                              St. Paul MN 55164-0378                 Oklahoma City OK 73126-8907
Carol Stream IL 60197-5264


Integris Health                          Integris Health                        Integris Health
PO Box 268908                            PO Box 41309                           PO Box 41309 Dept 67
Oklahoma City OK 73126-8908              Nashville TN 37204-1309                Nashville TN 37204-1309


(p)JEFFERSON CAPITAL SYSTEMS LLC         Jeffery S. Ludlam                      Jesus & Paola Barreza
PO BOX 7999                              Mulinix Ogden Hall Andrews & Ludlam    1411 SW 56th St
SAINT CLOUD MN 56302-7999                3030 Oklahoma Tower                    Oklahoma City OK 73119-6219
                                         210 Park Ave
                                         Oklahoma City OK 73102-5604


Nicholas A Johnson - ECF Deactivated     Kansas Counselors Of K                 Kohls/capone
Two Leadership Square St 1300            1421 N Saint Paul St                   N56 W 17000 Ridgewood Dr
211 N Robinson                           Wichita KS 67203-1799                  Menomonee Falls WI 53051-7096
Oklahoma City, OK 73102-7109
```

| | | |
|---|---|---|
| Mathis Broth<br>Po Box 270600<br>Oklahoma City OK 73137-0600 | NCO Financial Systems, Inc<br>1930 W Bennett Suite 100<br>Springfield MO 65807-1219 | Lyle R. Nelson<br>Two Leadership Square<br>211 N Robinson, Suite 1300<br>Oklahoma City, OK 73102-7222 |
| OK Oncology/Hematology, PC<br>PO Box 268930<br>Oklahoma City OK 73126-8930 | Oklahoma Allergy & Asthma Clinic<br>750 NW 13th St<br>Oklahoma City OK 73103 | Oklahoma Allergy and Asthma Clinic<br>PO Box 26827<br>Oklahoma City OK 73126-0827 |
| Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Saul G Olivarez<br>12700 Hillcrest Rd.<br>Suite 291<br>Dallas, TX 75230-2161 | Onemain Fi<br>Po Box 499<br>Hanover MD 21076-0499 |
| Professional Finance C<br>5754 W 11th St Ste 100<br>Greeley CO 80634-4811 | Professional Finance Company, Inc<br>PO Box 1686<br>Greeley CO 80632-1686 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Regional Medical Lab<br>Dept 2803<br>Tulsa OK 74182-0001 |
| Salvador & Rose Castrejon<br>1201 SW 49th St.<br>Oklahoma City OK 73109-3703 | Sams Club / GEMB<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell GA 30076-9104 | Sears/cbna<br>Po Box 6282<br>Sioux Falls SD 57117-6282 |
| Southwest Medical Center<br>PO Box 269083<br>Oklahoma City OK 73126-9083 | Tactile Systems Technology Inc<br>PO Box 9202 VB Box 127<br>Minneapolis MN 55480-9202 | The Law Offices Of Mit<br>2222 Texoma Pkwy Ste 160<br>Sherman TX 75090-2482 |
| Tinker FCU<br>PO Box 45750<br>Oklahoma City OK 73145-0750 | Tinker Fcu<br>4140 West I 40<br>Oklahoma City OK 73108 | Tinker Fcu<br>Po Box 45750<br>Tinker AFB OK 73145-0750 |
| Tnb-Visa  (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV   P.O.Box 9475<br>Minneapolis MN 55440-9475 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 | United Bilt Homes Inc<br>Attn Mortgage Serv<br>Shreveport LA 71134 |
| United Recovery Systems<br>5800 North Course Drive<br>Houston TX 77072-1613 | United Recovery Systems<br>PO Box 722929<br>Houston TX 77272-2929 | United-Bilt Homes LLC<br>2600 Thompson Street<br>Springlake, AR 72764-6354 |

Unv Fidlty
1445 Langham Creek
Houston TX 77084-5012

Vision Financial Corp
PO Box 460260
Saint Louis MO 63146-7260

Wells Fargo Hm Mortgag
Po Box 10335
Des Moines IA 50306-0335

Wellsfargo
800 Walnut St
Des Moines IA 50309-3605

Weokie Credit Union
8100 West Reno
Oklahoma City OK 73127-7229

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
6261 Katella Ave # 1 A
Cypress CA 90630

Bank Of America
Po Box 982235
El Paso TX 79998

Citgo Oil / Citibank
Attn:  Bankruptcy
Po Box 20363
Kansas City MO 64195

Dell Financial Services
1 Dell Way
Round Rock TX 78682

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(d)Gordons
CitiCards Private Label Bankruptcy
Po Box 20483
Kansas City MO 64195

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

(d)Shell Oil / Citibank
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City MO 64195

(d)Texaco / Citibank
Citicorp Credit Services/Attn: Centraliz
Po Box 20507
Kansas City MO 64195

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Louis M. Dakil
Dakil Auctioneers, Inc.

(d)Integris Health
PO Box 41309, Dept 67
Nashville TN 37204-1309

(u)Dennis W Maley

(d)Lyle R. Nelson
Two Leadership Square
211 N. Robinson, Ste 1300
Oklahoma City, OK 73102-7222

(u)U.S. Bank National Association, as Trustee

(u)Wells Fargo Bank, N.A. as servicing agent

End of Label Matrix
Mailable recipients    94
Bypassed recipients     6
Total                 100

RECEIVED MTG TAX $ 66.40
PAID on AUGUST 12th 2013 RCPT# 35
FORREST "BUTCH" FREEMAN
OKLA CO. TREASURER
BY Paula Well, DEPUTY

## JOINT TENANCY CONTRACT FOR DEED

THIS AGREEMENT made and entered into this 27th day of June 2011, by and between

Manuel Hernandez Barraza and Maria R Hernandez
Party or Parties (whether one or more) of the First Part, and

Jesus Castrejon and Rocio Villava
Party or Parties (whether one or more) of the Second Part, as joint tenants and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, WITNESSETH:

That Parties of the First Part are the owners of the following real property situate in Oklahoma County, Oklahoma, to-wit:

All of Lots 45 and 46 in Block 020, of G.C. MOORE #1 Addition to Oklahoma City according to the recorded Plat thereof.: Commonly known as 1201 S/W 49. Oklahoma City, OK 73109

WHEREAS, Parties of the Second Part desire to purchase said property for the sum of

Seventy Two Thousand Nine Hundred and no/100 -------- Dollars ($ 72,900.00)

to be paid as follows

(a) The sum of Six Thousand Five Hundred and no/100 -------- ($ 6,500.00) cash upon the signing of this agreement, the receipt of which is hereby acknowledged by the Parties of the First Part.

(b) The balance of Sixty Six Thousand Four Hundred and no/100 -------- ($ 66,400.00) to bear interest at the rate of 8½ per cent per annum, said principal and interest to be paid at the rate of $ 500.00 per month commencing on the 1st day of August, 2011, and $ 500.00 on the 1st day of each and every month thereafter until paid in full...

[remainder of contract boilerplate text]

Taxes and Insurance are to be paid by Second Parties to the First Parties on their due date annually as billed.

8-12-13
Date

Jesus Castrejon
Manuel Hernandez
Rocio Villava
Maria R. Hernandez

STATE OF OKLAHOMA
COUNTY OF Oklahoma  SS.

INDIVIDUAL ACKNOWLEDGMENT
Oklahoma Form

Before me, the undersigned, a Notary Public in and for said County and State this 27 day of June personally appeared Manuel Hernandez Barraza and Maria R Hernandez Jesus Castrejon and Rocio Villava to me known to be the identical persons who executed the within and foregoing instrument and acknowledged to me that they executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My commission expires: NA

Notary Public
G.S. NiBness

Carmen Ovalle - 6-27-2011
Notary Public    Date

Exhibit A

State of Oklahoma, County of __Oklahoma__, ss
    Before me the undersigned, a Notary Public, in and for said County and State, on this __12__ day of __August__, 20 __13__, personally appeared __Jesus Castrejon and Rocio Villalva + Manuel Hernandez Barraza + Moria R. Hernandez__ to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that they executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.
    Given under my hand and seal the day and year last above written.

[Notary Seal: CARMEN OVALLE, NOTARY #02013505, EXP. 08/31/14, STATE OF OKLAHOMA]

_____
Notary Public

_Manuel Hern_____     8-12-13

_Moria R. Hern_____     8-12-13

_Jesus Castrejon_     8-13-13

_Rocio Villalva_     8-12-13

w/
JESUS CASTREJON
ROCIO VILLALVA
1201 SW 49TH
OKC, OK 73109

20130812011129980
Filing Fee: $15.00

08/12/2013 01:15:26 PM
CD