**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **MANUEL JESUS HERNANDEZ,** | ) | **Case No. 12-15869-SAH** |
| **MARIA ROSARIO HERNANDEZ,** | ) | **Chapter 7** |
| Debtor(s). | ) | |

**TRUSTEE'S REPORT OF SALE OF ESTATE'S**
**INTEREST IN PROPERTY**

COMES NOW, Lyle R. Nelson, Trustee, and hereby provides his Report of Sale as to the Estate's interest in an a contract for deed.

On November 6, 2019, the Trustee filed his Second Notice of Intent to Sell the Estates interest in a contract for deed with respect to a piece of real property located in Oklahoma City [Doc 84]. After no responses were filed, the Trustee entered into an auction process with interested parties to sell the contract for deed to the highest bidder. After multiple days of bidding, on January 3, 2019, Mr. Mark Aussieker, 8830 Olive Ranch Ln, Fair Oaks, CA 95628 was the high bidder for the sum of $29,600.00. The certified check for the bid price was received by the Trustee and deposited on 1/6/2020. Ten days has now expired and the check should be negotiable and no stop payment has been received. The Trustee now files his report of sale as to the contract for deed.

The real property to which the Contract for Deed applies is: Lots Fort-Five (45) and Forty-Six (46), in Block Twenty(20), of the G.C. Moore Company Addition No. 1, Oklahoma County, Oklahoma, as Shown by the Recorded Plat Thereof. Aka 1201 SW 49th Street, Oklahoma City, Ok 73109 The sale was as is and without t warranty of any kind.

Respectfully submitted,


s/ Lyle R. Nelson _____
Lyle R. Nelson, OBA#10914
Two Leadership Square, Ste. 1300
211 N. Robinson
Oklahoma City, OK  73102
(405) 232-3722 Phone (405) 232-3746 Facsimile
Email: lyle@lylenelsonlaw.com
TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2020, a true and correct copy of the Trustee's Report of Sale was electronically served upon parties who have entered an appearance using the Court's CM/ECF system and specifically:

U.S. Trustee
Attorney Saul Olivarez


s/Lyle R. Nelson _____
Lyle R. Nelson