## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                )
    MANUEL JESUS HERNANDEZ,        )    **Case No. 12-15869-SAH**
    MARIA ROSARIO HERNANDEZ,       )
        Debtors.                   )    **Chapter 7**

## APPLICATION FOR FINAL ALLOWANCE OF ATTORNEY'S FEES FOR TRUSTEE AND NOTICE OF OPPORTUNITY FOR HEARING

COMES NOW, Elias, Books, Brown & Nelson, P.C., ("Applicant") and pursuant to 11 U.S.C. Section 330 and 331, and Bankruptcy Rule 2016 hereby requests that this Court approve it's request for allowance for Final Compensation in the sum of $16,517.50 representing 55.10 hours of work. In support of this request, it is represented as follows:

1.    Pursuant to Section 327 of Title 11 U.S.C. the Trustee previously employed Applicant to represent the Trustee and pursue and various assets, primarily being 3 different real estate issues on behalf of the Estate.

2.    The services rendered by the Applicant provided a benefit to the Estate. This case was filed as a no-asset case. Through litigation, sales, negotiation and related activities, the Estate to date has recovered approximately $85,000.00. Currently, a distribution of 100% plus interest will be made to all filed claims. Further, in addition to the payment in full of all currently filed claims with interest as of the date of this Application, a significant refund will be made back to the Debtors. A distribution back to the Debtors would be reduced by any late claims filed after the date of this Application.

3.    The services rendered on behalf of the Trustee are set forth on the attached time records.

4.    Copies of the fee bills reflecting the services performed and time incurred by Applicant since an interim request was made are attached. A total of 55.10 hours of attorney time were expended between March 7, 2019 and this date.

5. Among the standards for professional compensation, the time and labor devoted is only one of the many pertinent factors to consider in establishing fees for legal services rendered. See 11 U.S.C. Sec. 330, *Blum v. Stenson*, 104 S. Ct. 1541 (1984); *Ramos v. Lamm*, 713 F.2d 546 (10th Cir. 1983). It is appropriate to consider the factors set forth in *In re First Colonial Corp. Of America*, 544 F.2d 1291 (5th Cir. 1977), *cert denied* 431 U.S. 904 (1977), and then to determine, based on those factors, what a reasonable fee would be under the circumstances. See also, *In re Lederman Enterprises, Inc.*, 997 F. 2d 321 (10th Cir. 1993).

The factors to be considered are: (a) the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly; (b) the likelihood that the acceptance of the particular employment would preclude other employment by the lawyer; (c) the fee customarily charged for similar legal services; (d) the amount involved and the results obtained; (e) the time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than in regular business hours; (f) the nature and length of the professional relationship with the client; (g) the experience, reputation and ability of the lawyers performing the services; and (h) whether the fee is fixed or contingent.

Attorneys should maintain contemporaneous time records so that the Court may evaluate the reasonableness of the time spent on each task. *In re Seneca Oil Company*, 65 B.R. 902 (W.D.Okla. 1986). The Court should also consider whether the award is commensurate with professional fees in non-bankruptcy cases when determining the compensation for professionals in order to provide sufficient economic incentive to practice in the Bankruptcy Court.

6. Applicant asserts that the final compensation requested is fair and reasonable, given the unusual and expansive nature of the Debtors' case. Applying the above factors to this issues faced by the Trustee, Applicant would note as follows:

(a) **The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly**: The time required is reflected in the billing records. In excess of 55.10 hours of attorney time, and during the entire case a minimum

Page 2

of over 121.60 hours of Trustee time (which is not fully accounted for) have been expended.  The legal work required could not have been done except by counsel.

(b) **The likelihood that the acceptance of the particular employment would preclude other employment by the lawyer**.  Other employment was precluded.  Applicant is a small law firm.

(c) **The fee customarily charged for similar legal services**.  The hourly rates charged by attorneys working on the matters set forth in this final Application is $300.00 per hour.  This is less than Applicant currently charges other clients. Further, Applicant has received no compensation for 7 years.

(d) **The amount involved and the results obtained**.  Without the work of counsel, the Estate would have recovered none of the funds, would not have made distributions to timely filed claims in full nor, as of this date, make a payment back to the Debtors.  As to results, all creditors who filed claims will be paid in full with interest and based on current claims, a significant distribution will be made back to the Debtors.

(e) **The time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than in regular business hours**.  The time has been sporadic based upon the needs of the case.

(f) **The nature and length of the professional relationship with the client**.  There is no relationship.  The Applicant is employed for this Estate which is a one time relationship.

(g) **The experience, reputation and ability of the lawyers performing the services**.  The Applicant firm has member counsel with over 35 years of bankruptcy experience.

(h) **Whether the fee is fixed or contingent**.  The original employment states that services are rendered on an hourly basis.  However, the practical fact is, the fee is 100% contingent.  A fee can only be paid if in fact money is ultimately received into the Estate.  Great risk was undertaken by Applicant in representing the Estate and that risk continues.

7.    The services rendered were necessary for the administration of the Estate.

8.      Consistent with Bankruptcy Rule 2016, the Applicant would state that Applicant previously filed a request for interim compensation on June 25, 2018 [Doc. 75] in the voluntarily reduced sum of $21,000.00.  The time and fees waived under that request will remain waived.  An Order was entered July 20, 2018 allowing this interim compensation.  The purpose of the interim request was so the Trustee could make an interim distribution which was submitted, but was not approved.  As such, no payment has been made.  There is no agreement for the sharing of compensation to be received.

9.      There may be additional work required to complete this case if the tax returns submitted are rejected by the Internal Revenue Service and/or Oklahoma Tax Commission.

WHEREFORE, premises considered, Elias, Books, Brown and Nelson, P.C. requests that this Court issue its Order allowing the sum of $16,517.50 as an Final Allowance of Attorney's Fees for Trustee, to be paid by the Trustee, upon entry of an Order allowing such compensation, as an administrative claim of this Estate.

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

Respectfully submitted,

s/ Lyle R. Nelson
Lyle R. Nelson, OBA#10914
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson
Oklahoma City, OK  73102
(405) 232-3722 Phone
(405) 232-3746 Fax
Email: lyle@lylenelsonlaw.com

ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2020, a true and correct copy of the Application was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Elisabeth D. Brown
Attorney Kirk J. Cejda
Attorney Saul G. Olivarez

Further, I certify that on the 19th day of February, 2020, a true and correct copy of the Application was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the mailing matrix attached and the following:

Manuel Hernandez & Maria Hernandez
13100 SE 89th St.
Oklahoma City, OK 73150

Jesus Castrejon and Rocio Villalva
1201 SW 49th St
Oklahoma City, OK 73109

s/ Lyle R. Nelson
Lyle R. Nelson

Page 5

Label Matrix for local noticing
1087-5
Case 12-15869
Western District of Oklahoma
Oklahoma City
Wed Feb 19 15:26:46 CST 2020

AT-Link
7725 W Reno, Ste 399
Oklahoma City OK 73127-9712

Access Medical Centers
PO Box 268955
Oklahoma City OK 73126-8955

Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington IL 61701-1465

Allied Interstate Inc
3000 Corporate Exchange Dr.
5th Floor
Columbus OH 43231-7689

American Express
American Express Special Research
Po Box 981540
El Paso TX 79998-1540

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Ameripath Oklahoma City
PO Box 830913
Birmingham AL 35283-0913

Aspire Card
PO Box 105555
Atlanta GA 30348-5555

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank Of Oklahoma Na
Po Box 2300
Tulsa OK 74102-2300

Bk Of Amer
Attn: Bankruptcy/MC: NC4-105-03-14
Po Box 26012
Greensboro NC 27420-6012

Elisabeth D Brown
Elias Brooks Brown & Nelson PC
211 N Robinson
Two Leadership Square Suite 1300
Oklahoma City, OK 73102

Business Revenue Syste
Po Box 8986
Fort Wayne IN 46898-8986

Cancer Care Associates
PO Box 268930
Oklahoma City OK 73126-8930

Capital Recovery V LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue
Suite 1120
Miami FL 33131-1605

Ccs/cortrust Bank
Po Box 3038
Evansville IN 47730-3038

Kirk J. Cejda
Shapiro & Cejda, L.L.P.
770 N.E. 63rd
Oklahoma City, OK 73105-6423

Central State Recovery
1314 N Main St
Hutchinson KS 67501-4002

Chase
201 N. Walnut St//Del-1027
Wilmington DE 19801-2920

Chase
Po Box 15298
Wilmington DE 19850-5298

Chase Auto
Attn: National Bankruptcy Dept
201 N Central Ave   Az1-1191
Phoenix AZ 85004-1071

Chase Mht Bk
Attention: Bankruptcy
Po Box 15298
Wilmington DE 19850-5298

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citi Auto/Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Ft. Worth TX 76161-0244

CitiFinancial
8427 S Western Ave STe 10
Oklahoma City OK 73139-9228

Citifinancial
605 Munn Road
Fort Mill SC 29715-8421

Credit Collection Services
Two Wells Avenue
Newton MA 02459-3246

Credit Collections I
2601 Nw Expressway Suite 1000e
Oklahoma City OK 73112-7238

DSRM National Bank/Diamond Shamrock/Vale
Po Box 631
Amarillo TX 79105-0631

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Diagnostic Laboratory of Oklahoma
PO Box 1120
Southeastern PA 19398-1120

Diagnostic Laboratory of Oklahoma
PO Box 7306
Hollister MO 65673-7306

Digestive Disease Specialistm Inc
PO Box 7316
Edmond OK 73083-7316

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington DE 19850-5316

Dsnb Macys
9111 Duke Blvd
Mason OH 45040-8999

Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson Ave.
Oklahoma City, OK 73102-7149

Faa Credit Un
10201 S Western Ave
Oklahoma City OK 73139-2931

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GEMB / HH Gregg
Attention:  Bankruptcy
Po Box 103104
Roswell GA 30076-9104

GI Pathology
PO Box 1000 Dept 461
Memphis TN 38148-0001

Gemb/JC Penny
Attention:  Bankruptcy
Po Box 103104
Roswell GA 30076-9104

Gemb/gap
Attn: Bankruptcy
Po Box 103104
Roswell GA 30076-9104

Healthcare Recovery So
1515 W 190th Street S-35
Gardena CA 90248-4910

Manuel Jesus Hernandez
13100 SE 89th St
Oklahoma City, OK 73150-8502

Maria Rosario Hernandez
13100 SE 89th St
Oklahoma City, OK 73150-8502

Hsbc/mitsu
Po Box 5253
Carol Stream IL 60197-5253

Hsbc/suzki
Hsbc Card Services/Attn: Bankruptcy Depa
Po Box 5264
Carol Stream IL 60197-5264

Ic Systems Inc
Po Box 64378
St. Paul MN 55164-0378

Integris Health
PO Box 268907
Oklahoma City OK 73126-8907

Integris Health
PO Box 268908
Oklahoma City OK 73126-8908

Integris Health
PO Box 41309
Nashville TN 37204-1309

Integris Health
PO Box 41309 Dept 67
Nashville TN 37204-1309

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jeffery S. Ludlam
Mulinix Ogden Hall Andrews & Ludlam
3030 Oklahoma Tower
210 Park Ave
Oklahoma City OK 73102-5604

Jesus & Paola Barreza
1411 SW 56th St
Oklahoma City OK 73119-6219

Nicholas A Johnson - ECF Deactivated
Two Leadership Square St 1300
211 N Robinson
Oklahoma City, OK 73102-7109

Kansas Counselors Of K
1421 N Saint Paul St
Wichita KS 67203-1799

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051-7096

Mathis Broth
Po Box 270600
Oklahoma City OK 73137-0600

NCO Financial Systems, Inc
1930 W Bennett Suite 100
Springfield MO 65807-1219

Lyle R. Nelson
Two Leadership Square
211 N Robinson, Suite 1300
Oklahoma City, OK 73102-7222

OK Oncology/Hematology, PC
PO Box 268930
Oklahoma City OK 73126-8930

Oklahoma Allergy & Asthma Clinic
750 NW 13th St
Oklahoma City OK 73103

Oklahoma Allergy and Asthma Clinic
PO Box 26827
Oklahoma City OK 73126-0827

Oklahoma Employment Security Commission
PO Box 53039
Oklahoma City, OK 73152-3039

Saul G Olivarez
12700 Hillcrest Rd.
Suite 291
Dallas, TX 75230-2161

Onemain Fi
Po Box 499
Hanover MD 21076-0499

Professional Finance C
5754 W 11th St Ste 100
Greeley CO 80634-4811

Professional Finance Company, Inc
PO Box 1686
Greeley CO 80632-1686

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Recovery Management Systems Corporation
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Regional Medical Lab
Dept 2803
Tulsa OK 74182-0001

Salvador & Rose Castrejon
1201 SW 49th St.
Oklahoma City OK 73109-3703

Sams Club / GEMB
Attention:  Bankruptcy Department
Po Box 103104
Roswell GA 30076-9104

Sears/cbna
Po Box 6282
Sioux Falls SD 57117-6282

Southwest Medical Center
PO Box 269083
Oklahoma City OK 73126-9083

Tactile Systems Technology Inc
PO Box 9202 VB Box 127
Minneapolis MN 55480-9202

The Law Offices Of Mit
2222 Texoma Pkwy Ste 160
Sherman TX 75090-2482

Tinker FCU
PO Box 45750
Oklahoma City OK 73145-0750

Tinker Fcu
4140 West I 40
Oklahoma City OK 73108

Tinker Fcu
Po Box 45750
Tinker AFB OK 73145-0750

Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV   P.O.Box 9475
Minneapolis MN 55440-9475

U.S. Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3444

United Bilt Homes Inc
Attn Mortgage Serv
Shreveport LA 71134

United Recovery Systems
5800 North Course Drive
Houston TX 77072-1613

United Recovery Systems
PO Box 722929
Houston TX 77272-2929

United-Bilt Homes LLC
2600 Thompson Street
Springlake, AR 72764-6354

Unv Fidlty
1445 Langham Creek
Houston TX 77084-5012

Vision Financial Corp
PO Box 460260
Saint Louis MO 63146-7260

Wells Fargo Hm Mortgag
Po Box 10335
Des Moines IA 50306-0335

Wellsfargo
800 Walnut St
Des Moines IA 50309-3605

Weokie Credit Union
8100 West Reno
Oklahoma City OK 73127-7229

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
6261 Katella Ave # 1 A
Cypress CA 90630

Bank Of America
Po Box 982235
El Paso TX 79998

Citgo Oil / Citibank
Attn:  Bankruptcy
Po Box 20363
Kansas City MO 64195

Dell Financial Services
1 Dell Way
Round Rock TX 78682

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(d)Gordons
CitiCards Private Label Bankruptcy
Po Box 20483
Kansas City MO 64195

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

(d)Shell Oil / Citibank
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City MO 64195

(d)Texaco / Citibank
Citicorp Credit Services/Attn: Centraliz
Po Box 20507
Kansas City MO 64195

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)David R Brady

(u)Louis M. Dakil
Dakil Auctioneers, Inc.

(d)Integris Health
PO Box 41309, Dept 67
Nashville TN 37204-1309

(u)Dennis W Maley

(d)Lyle R. Nelson
Two Leadership Square
211 N. Robinson, Ste 1300
Oklahoma City, OK 73102-7222

(u)U.S. Bank National Association, as Trustee

(u)Wells Fargo Bank, N.A. as servicing agent

End of Label Matrix
Mailable recipients     94
Bypassed recipients      7
Total                   101