# ELIAS, BOOKS, BROWN & NELSON, P.C.
## Two Leadership Square
## 211 North Robinson, Suite 1300
## Oklahoma City, Oklahoma  73102-7149
## (405) 232-3722
## Tax ID No. 73-1528200

|  |  |
|---|---|
| | Page: 1 |
| Lyle R. Nelson, Trustee | February 18, 2020 |
| Two Leadership Square | ACCOUNT NO:    821-0373M |
| 211 N. Robinson Ave., Suite 1300 | STATEMENT NO:              3 |
| Oklahoma City  OK  73102 | |

ATTN: Lyle Nelson

Hernandez, Manuel and Maria

| | |
|---|---|
| PREVIOUS BALANCE | $21,626.00 |

|  |  | HOURS |  |
|---|---|---|---|
| **03/07/2019** | | | |
| LRN | Trustee - Miscellaneous bank work, review payment history, payment log, checks post la. | 1.00 | N/C |
| **06/17/2019** | | | |
| LRN | Attorney - Miscellaneous work and conference with a potential 3rd party investor regarding contract for deed and sale of same.  Put together packet of prior sale documents, copy of the contract and information on the house.  Discuss legal issues, bankruptcy court, sale as is, prior sale and no closing, history, existing mortgage (2 mortgages) by build it yourself/Arkansas company on debtors home and this contract for deed. | 4.75 | 1,425.00 |
| **06/20/2019** | | | |
| LRN | Trustee - Miscellaneous and extensive work on interim distribution.  Problem with program and paid prior claims by order.  Miscellaneous conference with AXOS.   Discuss logging payment of claims by order and interim distribution. | 4.00 | N/C |
| **06/28/2019** | | | |
| LRN | Attorney - Various case work regarding contract for deed, distribution, interim distribution and payments to date.  Estate will not need entire balance of contract paid to pay allowed claims in full plus interest.  Review contract.  What happens to contract if paid out claims, but time remaining.  Potential buyers questions regarding deed. | 2.80 | 840.00 |
| LRN | Trustee - Various file work and claim work.  Work on interim distribution over last several days.  Miscellaneous and additional conference with AXOS.  Generate multiple | | |

Page: 2
February 18, 2020
ACCOUNT NO:    821-0373M
STATEMENT NO:            3

Lyle R. Nelson, Trustee

Hernandez, Manuel and Maria

| | | | HOURS | |
|---|---|---|---|---|
| | | distributions.  Issues of zeroing out account.  Pick a set amount to distribute.  Claims review.  Appears that claims will pay out before end of contract for deed.  Various issues and legal issues under contract to consider. | 4.75 | N/C |
| 10/04/2019 | LRN | Trustee - Extended work and work prior to this date, not included in additional billing on how to address UST suggestion to close case with paying asset remaining and how to discuss and disclose in motion to sell contract at a discount. | 1.20 | N/C |
| 10/07/2019 | LRN | Attorney - Draft proposed motion to sell contract for deed at discount to contract payor, Mr. Castrejon.  Non standard motion and brief.  Rough draft brief in support.  First draft.  Send draft by mail to Mr. Castrejon.  Is only way to communicate due to language barrier. | 1.75 | 525.00 |
| 10/09/2019 | LRN | Attorney - Revise draft of motion to sell or discount contract for deed.  Miscellaneous Oklahoma County title work.  Review title again to determine liens and status.  The existence of ongoing liens and the mortgage by Hernandez color title. | 2.80 | 840.00 |
| | MB | Attorney - Per LRN's request, pulled deed on 1201 S.W. 49th, Oklahoma City, OK, 73109. | 0.10 | 17.50 |
| 10/11/2019 | LRN | Attorney- Rough draft proposed Order to approve sale. | 0.75 | 225.00 |
| 10/14/2019 | LRN | Trustee - Prepare motion to file.  Obtain hearing date from clerk.  Docket hearing date. | 1.35 | N/C |
| | LRN | Attorney -  After conference, revise draft deed for Mr. Casterjon.  Draft release of lis pendens.  Draft 2nd quit claim deed to be signed by Debtor Hernandez. | 1.75 | 525.00 |
| | LRN | Attorney - Additional work regarding selling contract for deed at discount to current occupants and payor per direction of US Trustee.   Research local rule and Bankruptcy Rules.  Review Motion for not free and clear since cannot clear title with current Arkansas mortgage. | 1.20 | 360.00 |
| | LRN | Trustee - E-file and matrix mail Motion.  Docket days to closing. | 1.00 | N/C |

Page: 3

Lyle R. Nelson, Trustee

February 18, 2020

ACCOUNT NO:    821-0373M

STATEMENT NO:    3

Hernandez, Manuel and Maria

| | | HOURS | |
|---|---|---|---|
| **10/17/2019** | | | |
| LRN | Attorney - Draft/revise two deeds.  One for Trustee, one for debtors after review of deeds to property, questions on legal.  Draft letter to debtors and their attorney.  Include copy of deed for them to sign, notarize and return. | 1.35 | 405.00 |
| LRN | Attorney - Rough draft final compensation request for attorney for trustee.  Note: tax return may be due as amount to be received will exceed -0- bracket amount.  Draft notice and proposed order.  Hold pending completion of sale to Mr. Castrejon. | 1.75 | 525.00 |
| **10/18/2019** | | | |
| LRN | Trustee - Miscellaneous Conference with Estate accountant. Send case information to determine if a tax return will be due this year.  If so, will have to figure that information into closing process and time lines. | 1.20 | N/C |
| **10/22/2019** | | | |
| LRN | Trustee - Draft follow up letter to debtors and their attorney.  Forward quit claim deed and direct they sign and notarize. | 0.30 | N/C |
| LRN | Attorney - Revise draft final compensation request, attorney for estate.  Notice and proposed Order. | 1.00 | 300.00 |
| **10/23/2019** | | | |
| LRN | Trustee - Receive unsolicited offer or potential offer for contract for deed in response to pending motion.  8 emails, provide information, documents, payment history discuss all. | 1.25 | N/C |
| **10/24/2019** | | | |
| LRN | Attorney - Receive more specific email regarding procedure.  Consider all, options, problems with communication with Mr. Casterjon.  Draft extended email re: proposal should he want to bid.  New bidder to provide best and final and Mr. Casterjon would be given opportunity to overbid.  Language issues.  Minimum bid and minimum overbid.  Strategy regarding all and 3rd party bidder. | 2.00 | 600.00 |
| LRN | Trustee - Receive second query regarding contract for deed.  Answer all questions and provide narrative of case and contract and if he wants to bid, what will be required. | 1.40 | N/C |
| LRN | Attorney - More specific discussion and negotiations from what appears to be new bidder for contract.  Miscellaneous Emails answering legal questions and negotiating terms. | 0.75 | 225.00 |

Page: 4
Lyle R. Nelson, Trustee                                    February 18, 2020
                                             ACCOUNT NO:    821-0373M
                                             STATEMENT NO:          3

Hernandez, Manuel and Maria

|  |  | HOURS | |
|---|---|---|---|
| **11/04/2019** | | | |
| LRN | Attorney - Receive cash offer from new 3rd party bidder for $15,000.00 after several days of discussion. Miscellaneous email to clarify exactly how this will work. Confirm his best and final and Mr. Castrejon will have the right to overbid. (.25).  Draft new motion/notice of intent to sell and brief in support. | 1.80 | 540.00 |
| LRN | Trustee - File new notice of intent to sell with overbid rights. Draft letter to Mr. Castrejon regarding offer and current way things will have to work.  His right to overbid.  Forward copy to buyer.  Matrix mail new notice. | 1.50 | N/C |
| **11/15/2019** | | | |
| LRN | Attorney - Receive telephone call from attorney for another possible overbid, now may have 2 bidders and Mr. Castrejon.  Go over contract issues, payment, terms of contract regarding balance, interest, debt owing, history. | 1.00 | 300.00 |
| **11/18/2019** | | | |
| LRN | Attorney - Miscellaneous conferences with attorney for what may be new, 3rd party bidder. His follow up to 11/15 initial telephone call.  Go over case history, title history, Mr. Castrejon, known title status, prior sale and no close due to title issues.  Arkansas lender, pay history, legal issues known regarding property.  Same issues disclosed to first new bidder.  Intent to provide level bidding field for both 3rd party bidders.  Disclose that Mr. Castrejon will retain right to overbid. | 1.60 | 480.00 |
| **11/20/2019** | | | |
| LRN | Trustee - Extended strategy conference on how to proceed with Mr. Castrejon and now appears 2nd, 3rd party bidders. Need to avoid filing multiple motions with each overbid and the time required after each notice period. | 0.50 | N/C |
| LRN | Attorney - Consider how to address trustee concerns of continuing new notices of intent to sell every time there is an over bid.  Elect to conduct an auction type process and notice, so no new notice of intent to sell will be required. Research regarding same. | 1.00 | 300.00 |
| **11/21/2019** | | | |
| LRN | Attorney - Miscellaneous conferences with both current new 3rd party bidders and/or counsel.  Confirm only way to handle competing bids, absent multiple sale notices, is by private auction.  Discuss same with them.  Obtain agreement in principal.  Will proceed and draft motion for auction between existing 3rd party bidders and any other | | |

Page: 5
February 18, 2020
ACCOUNT NO:   821-0373M
STATEMENT NO:            3

Lyle R. Nelson, Trustee

Hernandez, Manuel and Maria

| | | HOURS | |
|---|---|---|---|
| | that may intercede with overbid rights to Mr. Castrejon. | 0.60 | 180.00 |
| **11/22/2019** | | | |
| LRN | Attorney - Draft third motion and notice to sell.  Redraft into an auction type notice, so Estate will not have to continue to draft new motions when/if a new bid is received.  Revise. Will circulate to current two bidders to notify and confirm with them that sale will now be an auction between two bidders.  Intend to file Tuesday.  Seek their approval. | 1.75 | 525.00 |
| **11/25/2019** | | | |
| LRN | Attorney -  Draft letter to both pending bidders and attorneys regarding auction bid process.  Forward revised 3rd motion and notice to sell.  Discuss procedures.  Draft 2nd letter.  Send both separate letters to bidders.  Seek their approval of bid process outlined. | 0.60 | 180.00 |
| **11/27/2019** | | | |
| LRN | Trustee - After receiving approval from 2 current bidders, file 3rd amended notice of intent to sell and set auction type.  E-file, matrix mail, and docket response date. | 1.00 | N/C |
| **12/31/2019** | | | |
| LRN | Attorney - Many emails and telephone calls with two bidders, located in California and Florida.  Effective email/telephone auction.  Go over process as previously discussed and set up by Notice of Intent to Sell. | 0.75 | 225.00 |
| **01/01/2020** | | | |
| LRN | Trustee - Many emails over last week, email bidding between two competing offers.  Offers continued into evening of 12/31 by phone emails exchanges. Status as of 1/1/20 is current offer is $6k+ greater than original offer. Continue back and forth this day. | 2.50 | N/C |
| **01/02/2020** | | | |
| LRN | Trustee - Ongoing emails and continue bidding, over 20 emails.  Telephone calls as well. | 2.00 | N/C |
| LRN | Attorney - Strategy regarding bidding winding down. Consider timing, out of state checks, another contract payment may arrive post conclusion.  Pull prior drafts of quit claim deeds, one estate, one Hernandez, hand revise pending purchaser information.  Rough draft possible closing documents.  Telephone call from potential buyer attorney re same and discuss all.  Consider title issue, 363 sale not free and clear and notice.  Tax issue.  Money to be received in 2020. No tax due for 2019 but will have tax due for 2020.  Hold notes for winning bidder. | 2.50 | 750.00 |

Lyle R. Nelson, Trustee

February 18, 2020
ACCOUNT NO:   821-0373M
STATEMENT NO:                3

Hernandez, Manuel and Maria

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **01/03/2020** | | | | |
| | LRN | Trustee - Bidding has not stopped. Ongoing online/email auction between two bidders. Goes on for most of the day, just like 1/2/2020, approximately 25 emails, telephone call, etc. Draft summary of notes for file. Auction finishes at 4:30 p.m., one bidder drops. Another hour of miscellaneous emails regarding closing. Requests wire. Advise cannot do, but at his request, check with UST who confirms no. Docket follow up as now wonder if this buyer is a scammer. If so, will drop back to original bidder per bid conditions. | 4.50 | N/C |
| | LRN | Attorney - Miscellaneous strategy regarding completion of sale, answer questions of probable successful bidder. Revise rough drafts of various docs after those conversations and questions of potential buyer attorney. | 1.25 | 375.00 |
| **01/06/2020** | | | | |
| | LRN | Trustee - Miscellaneous emails regarding payment from buyer. Miscellaneous file work regarding all. Some conference regarding documents. Email buyer back to confirm name he wants to take deeds and assignments in. | 0.75 | N/C |
| | LRN | Attorney - Additional work on documents and strategy regarding motion and deeds and closing. | 0.80 | 240.00 |
| **01/07/2020** | | | | |
| | LRN | Attorney - Miscellaneous file and case work. Determine based on information in hand, a final tax return will be required. Review case, and case analysis. Draft extended email to proposed estate accountant regarding case, expenses. Basis observations and documents. Some county research regarding deed, consideration paid by debtor for basis issues. Pull schedules and county documents and work on basis discussion. Discuss all with proposed estate accountant. | 2.00 | 600.00 |
| | LRN | Trustee - Generate combined form 1 and 2 and related documents to forward to proposed estate accountant. Draft case narrative. | 1.50 | N/C |
| | LRN | Attorney - Rough draft application, affidavit and proposed order to employ estate accountant. Hold pending basis research and tax issue discussion. | 1.00 | 300.00 |
| **01/08/2020** | | | | |
| | LRN | Attorney - Various closing work. Follow up telephone call with buyer and/or his attorney. Confirm names and spelling | | |

Page: 7
February 18, 2020
ACCOUNT NO:    821-0373M
STATEMENT NO:    3

Lyle R. Nelson, Trustee

Hernandez, Manuel and Maria

|  |  | HOURS |  |
|---|---|---|---|
|  | for deeds.  Draft/revise and finalize proposed drafts of 2 deeds.  Strategy regarding debtors prior refusal to return deed.  Draft letter to debtor, copy attorney of record though note that he has left state.  Trustee letter, advise them to consult counsel with any questions.  Set hard deadline to return.  Rough draft proposed assignment of contract for deed. Forward for comment to buyer and buyer counsel. | 1.75 | 525.00 |
| LRN | Trustee - Miscellaneous email exchanges with buyer regarding status, acknowledge receipt of check.  Confirm next steps and when will send.  Rough draft letter to Mr. Castrejon regarding where to send future payments. Prepare deposit, update case | 0.75 | N/C |

01/10/2020

| LRN | Attorney - Miscellaneous emails over last few days.  I thought attorney Olivarez was no longer in state, but he has responded.    Miscellaneous Conference regarding deeds and sale. | 0.50 | 150.00 |
|---|---|---|---|

01/13/2020

| LRN | Attorney - Extended follow up conference with estate accountant regarding tax issues.  Some additional research, file research, ongoing basis issues, back to Oklahoma County Clerk research regarding date debtor acquired land and price.  Obtain information and send to accountant. | 2.00 | 600.00 |
|---|---|---|---|

01/15/2020

| LRN | Attorney - Revise and finalize draft application to employ estate accountant after consultation and determination and agreement that tax return will be required.  Draft application, affidavit and proposed order.  Note, second accountant employment.  Original retired. | 0.40 | 120.00 |
|---|---|---|---|

01/16/2020

| LRN | Attorney - Miscellaneous closing sale work.  Check emails, check deeds.  Note: debtor deed has not come back. Strategy regarding how to force to complete sale terms and agreements.  Research suggests failure of debtors duty to cooperate with the Trustee might be best option. Research, then begin rough draft of motion to compel debtor to execute deed, brief in support and notice. | 3.80 | 1,140.00 |
|---|---|---|---|
| LRN | Attorney - Revise rough draft assignment of contract for deed.  Pull deed.  Forward to attorney for buyer along with deeds for input.  Draft email. | 1.00 | 300.00 |
| LRN | Attorney - Draft email to attorney for debtor regarding deed, |  |  |

Page: 8
February 18, 2020
ACCOUNT NO:    821-0373M
STATEMENT NO:                3

Lyle R. Nelson, Trustee

Hernandez, Manuel and Maria

| | | | HOURS | |
|---|---|---|---|---|
| | | filing of motion to compel.  Discuss issues. | 0.40 | 120.00 |
| | LRN | Attorney - Revise prior rough draft of final application for attorney fees and costs for use with tax issues.  Note: prior interim request was discounted.  Run numbers.  Currently, a surplus will be paid to debtor.  100% to case creditors. | 1.25 | 375.00 |
| | LRN | Trustee - Extensive file and claim work.  File 2nd request to file claims as there will be a significant surplus.  Note: time will run long before tax return notice and prompt determination period will expire. | 0.75 | N/C |
| | LRN | Attorney - Draft report of sale.  Pull file, include notice of motion date, receipt of funds and expiration of hold period. | 0.40 | 120.00 |
| | LRN | Trustee - E-file report of sale.  Miscellaneous conference with Paralegal regarding telephone call from debtor.  Send second email to debtor's attorney regarding he needs to call his client. | 0.50 | N/C |
| 01/21/2020 | LRN | Trustee - Receive and reply to email from debtor's attorney regarding deeds. | 0.20 | N/C |
| 01/27/2020 | LRN | Trustee - Receive email from buyer asking about January contract for deed payment.  Advise was not made and assume Mr. Castrejon remains nervous due to language barrier.  Suggest he reach out.  Draft follow up letter to Mr. Castrejon confirming he is to make payments to buyer and that buyer will be contacting him. | 0.50 | N/C |
| 02/03/2020 | LRN | Trustee - Miscellaneous email from purchaser, still no January payments.  Check bank and reply.  Subsequently in day, receive telephone call from daughter of Mr. Casterjon regarding letters and payment.  Confirm they are to pay buyer.  Generate form 2 and draft letter to Mr. Casterjon.  Send payment history so he will have it.  Draft another email to purchaser re: all and provide him copy of form 2. | 0.75 | N/C |
| 02/07/2020 | LRN | Attorney - Receive query from purchaser regarding existing Arkansas lender mortgage.  Provide short response with more information to follow when I have file access. | 0.20 | 60.00 |
| 02/10/2020 | LRN | Attorney - Draft extended reply to purchaser regarding | | |

Page: 9

Lyle R. Nelson, Trustee

February 18, 2020

ACCOUNT NO:   821-0373M

STATEMENT NO:               3

Hernandez, Manuel and Maria

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | questions on existing mortgages against home.  Have risen due to discussions with Castrejon.  Pull file, draft reply and provide 2nd narrative and discussion of prior marshaling arguments made under Oklahoma law and effect on his deed and contract. | 0.75 | 225.00 |
|  | LRN | Trustee - Miscellaneous emails with estate accountant regarding final estate tax returns.  Answer questions. | 0.40 | N/C |
| 02/11/2020 | LRN | Trustee - Receive and review final tax returns.  Execute. Execute prompt determination letters.  Copy and prepare all to be mailed.  Update comments and docket prompt determination date.  Review and approve invoice from estate accountant. | 2.00 | N/C |
|  | LRN | Attorney - Draft final application for final compensation of estate accountant and proposed order.  Amount is under $1k, so no notice required. | 1.00 | 300.00 |
| 02/14/2020 | LRN | Trustee - Prepare final compensation application for accountant, e-file.  Forward proposed order to UST.  When received back, upload compensation order for accountant. | 0.75 | N/C |
| 02/17/2020 | LRN | Trustee - Review file, update all records and review remaining time records for final compensation of estate professionals. | 2.75 | N/C |
|  | LRN | Attorney - Revise draft final compensation request, notice of same and proposed order.  Review time records. Review prior interim compensation request.  Awarded, but not paid. | 1.50 | 450.00 |
| 02/18/2020 | LRN | Attorney - Review time records.  Review case notes. Finalize draft of final compensation request for attorney for estate now that tax returns have been submitted and prompt determination time is running.  Revise draft of proposed order and finalize notice. | 0.75 | 225.00 |
| 02/20/2020 | LRN | Trustee - Receive order granting final compensation for estate accountant.  Draft check when received and forward.  Create claim to tie check to. (Future time). | 0.75 | N/C |
| 02/24/2020 | LRN | Trustee - Prepare final compensation request and exhibit |  |  |

Page: 10
February 18, 2020
ACCOUNT NO:   821-0373M
STATEMENT NO:          3

Lyle R. Nelson, Trustee

Hernandez, Manuel and Maria

|  |  | HOURS |  |
|---|---|---|---|
| for attorney for trustee.  File, set hearing date.  Mail. Docket.  Submit proposed order to UST.  After receipt, hold and upload after time has run. |  | 1.00 | N/C |

02/28/2020
LRN    Trustee - (Future time).  Once prompt determination time has run, prepare TFR and submit to UST. (.50).  After filed, file NFR and serve all. (1.25 n/c).  After time runs, draft distributions checks and mail.  Print out claim page for inclusion with check. (2.00).  After checks clear and/or any outstanding checks paid to clerk, close bank account and draft TDR.  Forward to UST. (.75). Close case and to storage, docket.

|  | HOURS |  |
|---|---|---|
|  | 6.00 | N/C |
| FOR CURRENT SERVICES RENDERED | 55.10 | 16,517.50 |

### RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Lyle R. Nelson | 55.00 | $300.00 | $16,500.00 |
| Michael Brady | 0.10 | 175.00 | 17.50 |

| Postage |  | 0.50 |
|---|---|---|
| TOTAL EXPENSES THRU 02/29/2020 |  | 0.50 |
| TOTAL CURRENT WORK |  | 16,518.00 |
| BALANCE DUE |  | $38,144.00 |

SERVICES RENDERED THROUGH JANUARY 31, 2020