**Dated: March 13, 2020**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **MANUEL JESUS HERNANDEZ,** | ) | **Case No. 12-15869-SAH** |
| **MARIA ROSARIO HERNANDEZ,** | ) | |
| **Debtors.** | ) | **Chapter 7** |

**<u>ORDER ALLOWING FINAL ATTORNEY FOR TRUSTEE FEES</u>**

This matter comes on for consideration before this Court upon the Application of Elias, Books, Brown and Nelson, P.C. ("Applicant") pursuant to 11 U.S.C. Section 330 and 331, and Bankruptcy Rule 2016 for an Order of allowance of final compensation in the sum of $16,517.50. This matter is set on the Court's docket for March 18, 2020.

On February 19, 2020, Applicant filed and served the Application [Doc. 98] upon all parties in interest pursuant to Bankruptcy Rule 9007. The applicable response period was 21 days, which has expired. No parties in interest timely objected on or before that date; Therefore, the Application may be granted.

IT IS THEREFORE ORDERED that the Application is granted, and Elias, Books, Brown & Nelson, P.C., is allowed (a) final attorney fees in the sum of $16,517.50 as an administrative

claim.

*FINDINGS OF FACT ARE BASED UPON REPRESENTATIONS OF COUNSEL.[LOCAL RULE 9013-1.L.1.a]*

###

Approved:

*s/Lyle R. Nelson*
Lyle R. Nelson, OBA#10914
Elias, Books, Brown and Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 232-3722
Facsimile: (405) 232-3746
Email: lyle@lylenelsonlaw.com

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*s/Marjorie J. Creasey*
Marjorie J. Creasey, OBA #17819
Office of the United States Trustee
215 Dean A. McGee, Room 408
Oklahoma City, OK 73102
(405) 231-4393/231-5958 [fax]
marjorie.creasey@usdoj.gov