**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **In re:**<br>**HERNANDEZ, MANUEL JESUS**<br>**HERNANDEZ, MARIA ROSARIO**<br><br>**Debtor(s).** | **Case No. 12-15869 SAH**<br><br>**Chapter 7** |

**APPLICATION OF TRUSTEE FOR ALLOWANCE OF TRUSTEE FEES,**
**REIMBURSEMENT OF EXPENSES, AND PAYMENT OF**
**ADMINISTRATIVE EXPENSES AND NOTICE OF OPPORTUNITY FOR HEARING**

TO THE HONORABLE Sarah A. Hall
UNITED STATES BANKRUPTCY JUDGE

1. Applicant has been appointed as the Trustee to administer the estate of the above mentioned debtor(s). This application is for allowance of compensation of Trustee Fees, as allowed by the Bankruptcy Code, for Trustee's expenses of administration of estate, and for Costs assessed by the Court Clerk of the U.S. Bankruptcy Court for the Western District of Oklahoma.

2. That immediately upon having been appointed, he complied by giving or having a blanket bond in an amount sufficient to cover the assets in this case.

3. That he has given his closest attention to this case and that he has filed reports with the Court showing his action in this case and that his services have been of such nature that he verily believes that he is entitled to the maximum compensation allowed by the Bankruptcy Code.

4. The Applicant further states that no agreement has been made directly or in directly and that no understanding exists for a division of fees between the applicant and the debtor or the attorney.

5. The Applicant further states that the estate has received $0.00 out of this case to date.

6. Therefore, pursuant to Rule 2016(a) allowable Trustee compensation is $7,235.05. (See attached Exhibit for computation of Trustee Compensation)

7.  The Expenses of the administration of the estate are $1,137.68.  (See attached Exhibit for details.)

WHEREFORE, the Trustee prays that he be allowed the maximum compensation of the said Bankruptcy Code as computed on the attached Exhibit in the amount of $7,235.05, Trustee Expenses in the amount of $1,137.68.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

Respectfully submitted,

_s/ Lyle R. Nelson_
LYLE R. NELSON, OBA#10914
211 N. ROBINSON, STE. 1300
OKLAHOMA CITY, OK 73102
(405) 232-3722 Phone
(405) 232-3746 Fax
Email: lyle@lylenelsonlaw.com
TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2020, a true and correct copy of the Application was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Elisabeth D. Brown
Attorney Kirk J. Cejda
Attorney Saul G. Olivarez

_s/ Lyle R. Nelson_
LYLE R. NELSON

EXHIBIT

TRUSTEE'S FEES AND EXPENSES

    **I.    Computation of Compensation**

Total compensable disbursements are $79,700.97; pursuant to 11 U.S.C. §326, compensation is computed as follows:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | $ | 79,700.97 |
|  | $ | 79,700.97 | 25% of First $5,000.00 | $ | 1,250.00 |
| Less | $ | 5,000.00 | ($1,250.00 Maximum) |  |  |
| Balance | $ | 74,700.97 | 10% of Next $45,000.00 | $ | 4,500.00 |
| Less | $ | 45,000.00 | ($4,500.00 Maximum) |  |  |
| Balance | $ | 29,700.97 | 5% of Next $950,000.00 | $ | 1,485.05 |
| Less | $ | 950,000.00 | ($47,500.00 Maximum) |  |  |
| Balance | $ | 0.00 | 3% of Balance | $ | 0.00 |
|  | $ |  |  |  |  |
|  |  |  | **Total compensation calculated:** | **$** | **7,235.05** |