| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Jul. 29, 2024<br><sub>Douglas E. Wedge, Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma</sub> |

**IN RE:**

**Manuel Jesus Hernandez**  
**Maria Rosario Hernandez**  
    Debtor(s).

Case Number: 12–15869 – SAH

Chapter 7

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT OF CLAIM

You are advised that an Assignment of Proof of Claim has been filed with this Court. Amount $ 2655.33    Claim number 7

Name of Alleged Transferor:  
Jefferson Capital Systems, LLC

Name of Transferee:  
Dilks & Knopik, LLC

Address of Alleged Transferor:  
PO Box 7999  
Saint Cloud MO 56302–9617

Address of Transferee:  
35308 SE Center Stree  
Snoqualmie WA 98065

If no objection is received by the Clerk on or before August 19, 2024, the transferee or assignee will be substituted as the original claimant without further order of the court.

Dated: **July 29, 2024**

Address of the Court  
  215 Dean A. McGee Avenue  
  Oklahoma City, OK 73102  
  Telephone Number: (405) 609–5700  
  Hours Open: 8:30 a.m. – 4:30 p.m. Monday – Friday

FOR THE COURT  
Douglas E. Wedge  
Clerk of the Bankruptcy Court

By: /s/ Demetria Webster  
Deputy Clerk