IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAR 0 6 2026

DOUGLAS E WEDGE
CLERK, U.S BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | No. Case No. 12-15869-SAH |
| MANUEL JESUS HERNANDEZ, | ) ) | Chapter 7 |
| MARIA ROSARIO HERNANDEZ | ) | |
|  | ) ) | |
| Debtor(s). | ) | |

**MOTION TO REOPEN BANKRUPTCY CASE FOR LIMITED PURPOSE OF ISSUING CORRECTIVE TRUSTEE'S DEED AND RELATED RELIEF**

COMES NOW Mark Aussieker ("Movant"), appearing pro se, and respectfully moves this Court pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 to reopen the above-captioned Chapter 7 case for the limited purpose of issuing corrective relief necessary to conform the recorded instruments to the Court-approved sale of estate property. In support, Movant states as follows:

## I. JURISDICTION AND AUTHORITY

1. This Court has jurisdiction under 28 U.S.C. §§ 1334 and 157.

2. A bankruptcy case may be reopened under 11 U.S.C. § 350(b) "to administer assets, to accord relief to the debtor, or for other cause."

3. Bankruptcy courts retain ancillary jurisdiction after closure to interpret, implement, and enforce their prior orders, including correcting ministerial or clerical defects in post-sale documentation.

## II. FACTUAL BACKGROUND

4. On or about November 6, 2019, the Chapter 7 Trustee filed his Second Notice of Intent to Sell the Estate's Interest in a Contract for Deed [Doc. 85].

5. The Notice provided that, upon approval, the Trustee would deliver to the successful bidder[1]:

   o a Trustee's Quit Claim Deed,

   o a Release of Lis Pendens, and

   o an Assignment of the Contract for Deed.

6. On January 16, 2020, the Trustee filed his Report of Sale [Doc. 90], confirming Mark Aussieker as the successful and winning bidder.

7. The sale was approved, consummated, and not objected to.

8. Pursuant to the approved terms of sale, Movant became entitled to receive the Trustee's Quit Claim Deed and Release of Lis Pendens reflecting the Court-approved transaction.

9. However, the Trustee did not provide Movant with a Trustee's Quit Claim Deed or a Release of Lis Pendens as contemplated by the approved terms of the sale.

10. The Quit claim deed was given in favor of another bidder that was contemplated in the notice of intent to sell.[2]

11. As a result, the recorded chain of title does not fully conform to the Bankruptcy Court's confirmed sale, creating an implementation defect that impairs marketability of title and requires judicial correction.

12. Movant does not seek to alter the substance of the sale, modify consideration, or relitigate any issue previously adjudicated. The sole purpose of reopening is to effectuate and enforce the Court's prior sale approval by authorizing corrective instruments.

## III. CAUSE EXISTS TO REOPEN THE CASE

12. Courts routinely reopen closed bankruptcy cases to correct or enforce sale orders where post-closing documentation fails to reflect the approved transaction.

13. Reopening is appropriate here because:

---

[1] See attached notice of intent to sell, Page 3, Paragraph 7 See Exhibit A
[2] See Exhibit B

- the relief sought is ministerial and limited;

- no party will be prejudiced;

- reopening will not disturb the finality of the sale; and

- reopening is necessary to give full effect to the Court's own order.

14. The requested relief constitutes "other cause" within the meaning of 11 U.S.C. § 350(b).


IV. RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that the Court:

A. Reopen this Chapter 7 case for the limited purpose of correcting post-sale documentation;

B. Enter an Order directing a Chapter 7 Trustee to execute a Corrective Trustee's Quit Claim Deed conveying the Estate's interest to Mark Aussieker, consistent with the approved sale reflected in Doc. 90;

C. Direct issuance of a Release of Lis Pendens, as contemplated by the approved terms of sale;

D. Grant such other and further relief as the Court deems just and proper.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/1/2026, at Fair Oaks, CA

/s Mark Aussieker

Mark Aussieker

6.    The Trustee has attempted to sell this contract, but potential buyers eventually declined to close.  Mr. Bellamy is the only unsolicited buyer who seems willing to close.  The Trustee has previously attempted to sell/discount the Contract with Mr. Castrejon several times before, but Mr. Castrejon was unable to raise the funds.  The Trustee also attempted to sell the Contract at a public auction, but the successful bidder eventually refused to close.

7.    Ths sale or discount of the property Contract will be 'as is'.  The Trustee is making no warranties. If approved, the Trustee will provide the successful bidder (either Mr. Bellamy or Mr. Castrejon) with a Trustee's Quit Claim Deed and a Release of Lis Pendens; in addition to, an Assignment of the Contract for Deed.  The Trustee will also request that Mr. and Mrs. Hernandez execute a Quit Claim Deed, as well, to the successful bidder.  The Estate is making no warranty as to title.

8.    Mr. Castrejon does not speak English.  The communications with the Trustee have generally been through an interpreter after letters have been sent.  Mr. Castrejon's children speak English.  Mr. Castrejon will be provided specific correspondence along with this Notice explaining to him his rights and opportunity to increase his bid.

9.    The proceeds received from the sale shall be paid first to Administrative expenses approved by the Court, including, but not limited to, payment of allowed Trustee's fees and expenses, Attorney fees and expenses, Trustee Accountant fees and expenses, and taxes due all after applicable Application, Notice and Order of the Court.  The net remaining proceeds will be distributed to creditors who have filed an allowed claim in the order of priority of same pursuant to 11 U.S.C. § 507.

10.    The Sale is Pursuant to Bankruptcy Rule 6004-1A.2 of the Federal Rules of Bankruptcy Procedure.  The Sale is of the estates interest and is as is and without warranty.  It is not



MARK AUSSIEKER
8830 OLIVE RANCH LANE
FAIR OAKS, CA 95628

20200214010213490
02/14/2020 02:02:46 PM
Bk:RE14262 Pg:408 Pgs:1 DEED
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten

## TRUSTEE'S QUIT CLAIM DEED
(Surface only)

**KNOW ALL MEN BY THESE PRESENTS:**

That Lyle R Nelson, U.S. Bankruptcy Trustee for the Estate of Manuel Jesus Hernandez and Maria Rosario Hernandez, Case No. BK-12-15869, Chapter 7, as pending in the United States Bankruptcy Court for the Western District of Oklahoma, having provided notice of his intent to sell any and all of the Estate's right, title, claim, and interest in certain real property identified herein, pursuant to 11 U.S.C. § 363 and Bankruptcy Rule 6004(a), as described herein, (hereinafter referred to as "Grantor"), in consideration of Ten Dollars ($10.00), and other good and valuable consideration, to it in hand paid, the receipt of which is hereby acknowledged, does hereby quit claim, grant, bargain, sell, and convey without warranty unto Jesus Castrejon and Rocio Villalva, and/or their successor or assigns ("Grantee") all of the Bankruptcy Estate's interest in and to that certain tract of real property (surface only) situated in Oklahoma County, State of Oklahoma, and more specifically described as follows:

> **Address: 1201 SW 49th Street, Oklahoma City, OK 73109**
>
> **LOTS FORTY-FIVE (45) AND FORTY-SIX (46), IN BLOCK TWENTY (20) OF THE G.C. MOORE COMPANY ADDITION NO. 1, OKLAHOMA COUNTY, OKLAHOMA, AS SHOWN BY THE RECORDED PLAT THEREOF.**

together with all the improvements thereon and the appurtenances thereunto belonging, all without warranty of any kind.

TO HAVE AND TO HOLD said premises unto the said Grantee, its heirs and assigns forever, so that neither the said Grantor nor any person in its name and behalf, shall or will hereafter claim or demand any right or title to the said premises or any part thereof; but it and everyone of them shall by these presents be excluded and forever barred.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand the 23rd day of January , 2020.

_____
Lyle R. Nelson, United States Bankruptcy Trustee
For the Bankruptcy Estate of Manuel Jesus Hernandez
and Maria Rosario Hernandez,
Case No. BK-12-15869, Chapter 7

STATE OF OKLAHOMA )
                                         ) ss.
COUNTY OF OKLAHOMA )

Before me, a notary public in and for said county and state, on this 23rd day of January, 2020, personally appeared Lyle R. Nelson, United States Bankruptcy Trustee for the Bankruptcy Estate of Manuel Jesus Hernandez and Maria Rosario Hernandez, Case No. BK-12-15869, Chapter 7, to me known to be the identical person who subscribed his name as the maker thereof to the foregoing instrument, and acknowledged to me that he executed the same as his free and voluntary act and deed and as the free and voluntary act and deed, for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

Notary Public: _____

My Commission Expires: 04/01/23

BETH LUTZ
NOTARY
# 19003288
EXP. 04/01/23
STATE OF OKLAHOMA
PUBLIC

20200214010213490
Filing Fee: $18.00
Doc. Stamps: $45.00
02/14/2020 02:02:46 PM
DEED

Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| MANUEL JESUS HERNANDEZ, | ) ) | No. Case No. 12-15869-SAH Chapter 7 |
| MARIA ROSARIO HERNANDEZ | ) ) | |
| Debtor(s). | ) ) ) | |

DECLARATION OF MARK AUSSIEKER IN SUPPORT OF MOTION TO REOPEN BANKRUPTCY CASE FOR LIMITED PURPOSE OF ISSUING CORRECTIVE TRUSTEE'S DEED AND RELATED RELIEF

I, Mark Aussieker declare as follows:

1. I am a party in interest in this matter and have personal knowledge of the facts stated herein.

2. On March 1, 2026 , I emailed the former Chapter 7 Trustee to inform him of an oversight related to the sale of the estate's interest in the contract for deed referenced in the Trustee's Second Notice of Intent to Sell filed on November 6, 2019.

3. On March 1, 2026 the Trustee responded by email stating, in relevant part:

"That bk case has been closed for 6 plus years. I have no file and I have no context to understand what you are asking. You are on your own. Without a file to review I cannot remember what happened in a case from 2012. I also am not the trustee on a closed case by law. I cannot help."

4. The Trustee's response confirms that he no longer maintains a file related to this case, has no recollection of the underlying facts, and acknowledges that he lacks authority to act as trustee in a case that has been closed for several years.

5. This defect cannot be cured without judicial authorization, as third parties rely on the recorded deed and the underlying sale order.

6. This declaration is submitted in support of the motion to reopen the case for the relief requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/1/2026, at Fair Oaks, CA

/s Mark Aussieker

Mark Aussieker

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| _____ | ) | |
| _____ | ) | |
| MANUEL JESUS HERNANDEZ, | ) | |
| | ) | No. Case No. 12-15869-SAH |
| | | Chapter 7 |
| MARIA ROSARIO HERNANDEZ | ) | |
| _____, | ) | |
| | ) | |
| Debtor(s). | ) | |

PROOF OF SERVICE

I hereby certify that on the 2nd day of March, 2026, I mailed a true and correct copy of the Motion to Reopen for Limited Relief by depositing the same in the United States Mail, first-class postage prepaid, addressed to the parties listed below.

DEBTOR(s)  Manuel Jesus Hernandez, Maria Rosario Hernandez
by  way of Counsel:
Saul G. Olivarez
1606 Peavy Road, Suite 9
Dallas, TX 75228

| INTERESTED PARTY | Attorney for Trustee: Elias Brooks Brown & Nelson PC |
|---|---|
| Jesus Castrejon, Maria Villava | 211 N. Robinson |
| 1201 SW 49th ST | Two Leadership Square, Suite 1300 |
| Oklahoma City, OK 73109 | Oklahoma City, OK 73102 |

I, Kimberly Aussieker, declare that I mailed the foregoing document from 8830 Olive Ranch Lane, Fair Oaks, CA 95628, by placing it in the United States Mail as addressed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of March, 2026, at Fair Oaks, California.

/s Kimberly Aussieker

Kimberly Aussieker