**Dated: March 11, 2026**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MANUEL JESUS HERNANDEZ and | ) | Case No. 12-15869-SAH |
| MARIA ROSARIO HERNANDEZ, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### ORDER STRIKING MOTION TO REOPEN BANKRUPTCY CASE FOR LIMITED PURPOSE OF ISSUING CORRECTIVE TRUSTEE'S DEED AND RELATED RELIEF [DOC. 121]

Before the Court is the Motion to Reopen Bankruptcy Case for Limited Purpose of Issuing Corrective Trustee's Deed and Related Relief [Doc. 121] (the "Motion"), filed by Mark Aussieker on March 6, 2026. The Motion does not comply with applicable Local Rules in that it does not contain "and Notice of Opportunity for Hearing" in the title of the Motion.[1] Further, the Motion does not contain the required language regarding notice of opportunity for hearing.[2]

---

[1] See Local Rule 9013-1.G.

[2] See Local Rule 9013-1.G., which provides "all motions or requests for relief . . . immediately below the title shall contain the following statement:

Therefore, it is hereby STRICKEN. [3]

IT IS SO ORDERED.

# # #

---

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this Document carefully and consult your attorney about your rights and the effect of this Document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than * days from the date of filing of this request for relief. You should also serve a file-stamped copy of the response to the undersigned [and others who are required to be served] and file a certificate or affidavit of service with the court.

**[Note – this is a flat * days regardless of the manner of service.]**

[3] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion." See Local Rule 9010-1.I.