**Dated: April 16, 2026**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MANUEL JESUS HERNANDEZ and | ) | Case No. 12-15869-SAH |
| MARIA ROSARIO HERNANDEZ, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### ORDER STRIKING NOTICE OF OPPORTUNITY FOR HEARING MOTION FOR ENTRY OF ORDER DIRECTING ISSUANCE OF CORRECTIVE TRUSTEE'S DEED [DOC. 123]

Before the Court is the Notice of Opportunity for Hearing Motion for Entry of Order Directing Issuance of Corrective Trustee's Deed [Doc.123] (the "Motion"), filed by Mark Aussieker on April 10, 2026. However, on March 10, 2021, a final decree was entered and the case was closed. The case has not been reopened.[1]  Therefore, the Motion is premature.

Furthermore, the Motion does not comply with applicable Local Rules in that the required language regarding notice of opportunity for hearing is not located immediately below

---

[1] See Local Rule 5010-1.

the title of the Motion.[2]  Additionally, the Motion contains the wrong notice period.[3]  Therefore,

the Motion is hereby STRICKEN. [4]

      IT IS SO ORDERED.

# # #

---

[2] See Local Rule 9013-1.G., which provides "all motions or requests for relief . . . immediately below the title shall contain the following statement:

**NOTICE OF OPPORTUNITY FOR HEARING**
**Your rights may be affected. You should read this Document carefully and consult your attorney about your rights and the effect of this Document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than * days from the date of filing of this request for relief. You should also serve a file-stamped copy of the response to the undersigned [and others who are required to be served] and file a certificate or affidavit of service with the court.

**[Note – this is a flat * days regardless of the manner of service.]**

[3] See General Order No. 15-2, Order Clarifying Response Deadline Applicable to Certain Requests for Relief, entered by this Court on June 15, 2015. The appropriate notice period is 14 days.

[4] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion."  See Local Rule 9010-1.I.

2