**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

In re:

Manual Jesus Hernandez,                         Case No. 12-15869-SAH
Maria Rosario Hernandez,

                              Debtors.           Chapter 7

**MOTION FOR ORDER REOPENING BANKRUPTCY CASE AND DIRECTING**
**TRUSTEE APPOINTMENT, WITH BRIEF IN SUPPORT, AND**
**<u>NOTICE OF OPPORTUNITY FOR HEARING</u>**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this Document carefully and consult your attorney about your rights and the effect of this Document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of the response to the undersigned [and others who are required to be served] and file a certificate or affidavit of service with the court.

**[Note – this is a flat 14 days regardless of the manner of service.]**

United States Trustee, Ilene J. Lashinsky ("**UST**"), seeks an Order (i) reopening this case, and (ii) directing the UST to appoint a chapter 7 trustee.

**A.    Facts.**

1.    Debtors filed their chapter 7 case on November 30, 2012.

2.    Lyle R. Nelson ("Chapter 7 Trustee") was appointed as the chapter 7 trustee.

3.    As part of his duties of administration, the Chapter 7 trustee sold, at auction, a contract for deed with respect to the following real property:

> Lots Forty-Five (45) and Forty-Six (46), in Block Twenty (20), of the G.C. Moore Company Addition No. 1, Oklahoma County, Oklahoma; aka 1201 SW 49th Street, Oklahoma City, OK 73109.

4. On January 3, 2019, Mark Aussieker was the successful bidder of the contract for deed.

5. On January 20, 2020, the Chapter 7 Trustee filed a Report of Sale advising that Mark Aussieker was the successful bidder.

6. On January 23, 2020, the Chapter 7 Trustee executed a quit claim deed for the above stated real property. However, due to scrivener's error, the quit claim deed was issued to individuals other than Mark Aussieker.

7. As a result, the chain of title does not comport to the confirmed sale on record in this bankruptcy case.

8. The Court closed the case by entry of a final decree on March 10, 2021.

**B.     Sufficient legal cause exists to reopen this case and appoint a chapter 7 trustee.**

9. 11 U.S.C. § 350(b) allows the Court to reopen this case to administer estate assets.

10. Bankruptcy Rule 5010 allows any party in interest to move to reopen a case.

11. Reopening this case will require the services of a panel chapter 7 trustee to protect interested parties and to ensure efficient administration of the case. Therefore, the order to reopen this case should direct the UST to appoint a trustee as set out in Rule 5010.

**C.     Relief requested.**

12. The UST requests this Court to enter an Order (i) reopening this case, (ii) directing the UST to appoint a panel chapter 7 trustee, and (iii) granting such other and further relief as this court deems just, equitable, and proper.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Marjorie J. Creasey
Marjorie J. Creasey, AUST, OBA #17819
Jeffrey E. Tate, OBA #17150
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK  73102
(405) 231-4393  |  (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov

## CERTIFICATE OF SERVICE

Under penalty of perjury, the undersigned certifies that on April 29, 2026, a true and correct copy of the above and foregoing motion was mailed, postage prepaid, to the list of creditors attached to the original motion filed with the Court.

s/ Marjorie J. Creasey
Marjorie J. Creasey, AUST, OBA #17819